In the Matter of Kayla LL. and Others, Alleged to be Abused and Neglected Children. Greene County Department of Social Services, Respondent; Joseph NN., Appellant.

Submitted March 31, 2014; decided June 26, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of Lynik Jomae E., Jr., an Infant. Lynik Jomae E., Appellant; Harlem Dowling Children's Services, Respondent.

Submitted May 27, 2014; decided June 26, 2014

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).